

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2015

No. 04-15-00553-CV

**IN RE** Ruben **GONZALEZ**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Jason Pulliam, Justice

On September 4, 2015, relator filed a petition for writ of mandamus and an emergency motion to stay a medical examination. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than September 14, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. The trial court's Order Granting Cross-Defendant's Renewed Motion to Conduct Medical Examination, dated August 25, 2015, is TEMPORARILY STAYED pending further order of this court.

It is so **ORDERED** on September 4, 2015.

**PER CURIAM**

ATTESTED TO: _____
            Keith E. Hottle
            Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CVT-000742-D2, styled *Martin Garcia Jr. v. Ruben Gonzalez; Vision Construction Company, Inc.; Abel Alvarado Casillas; and Premier Eagle Ford Services, Inc.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Monica Z. Notzon presiding.